United States District Court
Southern District of Texas
**ENTERED**
December 29, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H–21–54 |
| | § | |
| LOLA SHALEWA BARBARA KASALI | § | |

## ORDER OF ADOPTION

The Court has carefully considered the Magistrate Judge's Report and Recommendation (docket no. 410) dated December 1, 2025, and Defendant, Lola Shalewa Barbara Kasali's objections (docket no. 416) and concludes that the Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant, Lola Shalewa Barbara Kasali's Motion Under 18 USC 3583(e)(2) to Modify or Reduce Term of Supervised Release to Time Served (docket no. 397) is **DENIED**.

**SIGNED** at Houston, Texas, on this the 29th day of December, 2025

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE