United States District Court
Southern District of Texas
**ENTERED**
June 08, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LOLA KASALI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-2441 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

In accordance with the Order of Adoption adopting Magistrate Judge Palermo's Report and Recommendation (Docket Entry No. 488 in Criminal Action No. H-21-cr-54-1), denying with prejudice Plaintiff Lola Kasali's 28 U.S.C. § 2255 Motion, this action is **DISMISSED WITH PREJUDICE.**

No certificate of appealability shall issue.

Costs shall be taxed against the Plaintiff.

This is a **FINAL JUDGMENT.**

SIGNED at Houston, Texas, this 8th day of June, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE